IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00919-WYD-MEH

CRAIG CANZONERI,

    Plaintiff,

v.

BJ SERVICES COMPANY, U.S.A.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 21, 2009.**

    The Stipulated Motion for Entry of Protective Order [filed August 20, 2009; docket #16] is **granted**. The Stipulated Protective Order is approved and entered contemporaneously with this minute order.